UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BASSEL ALKALLA, et al., | |
| Plaintiff(s), | Case No. 2:15-cv-00934-APG-VCF |
| vs. | ORDER |
| DRIVETIME AUTOMOTIVE GROUP, INC., et al., | |
| Defendant(s). | |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in Local Rule 16-6. Docket No. 2. On July 20, 2015, Defendants filed a motion to dismiss complaint and compel arbitration. Docket Nos. 10, 11. Defendants represent that "[e]very claim in Plaintiffs' Complaint must be arbitrated under the plain language of those agreements." *Id.*, at 1-2. Pursuant to Local Rule 16-6(c), the evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion." Accordingly, the parties are hereby **ORDERED** to file their positions as to whether this case should be exempt from the early neutral evaluation, no later than July 28, 2015.

IT IS SO ORDERED.

DATED: July 21, 2015

NANCY J. KOPPE
United States Magistrate Judge