UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BASSEL ALKALLA, et al., | |
| Plaintiff(s), | Case No. 2:15-cv-00934-APG-VCF |
| vs. | ORDER GRANTING REQUEST FOR EXEMPTION FROM ENE PROGRAM |
| DRIVETIME AUTOMOTIVE GROUP, INC., et al., | |
| Defendant(s). | (Docket No. 14) |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in LR 16-6. Docket No. 2. Pursuant to LR 16-6(c), the evaluating magistrate judge "may exempt any case from early neutral evaluation on the judge's own motion." On July 21, 2015, the Court ordered the parties to file their positions as to whether this case should be exempt from the early neutral evaluation, no later than July 28, 2015. Docket No. 12. The Court has received Defendants' position. Docket No. 14. Defendants request that the Court exempt this case from the ENE program. *Id.* Plaintiffs have not filed a position or requested an extension of time in which to file their position. *See* Docket. Accordingly, Defendants' request for exemption from the ENE program (Docket No. 14) is hereby **GRANTED**. At this time, the Court will not set an ENE in this case. If the Court determines that it is necessary, it will schedule an ENE at a later date.

IT IS SO ORDERED.

DATED: July 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge