UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BASSEL ALKALLA and MOHAMMED MBOUP,<br><br>Plaintiffs,<br><br>v.<br><br>DRIVETIME AUTOMOTIVE GROUP, INC., an unknown Arizona entity; DRIVETIME CAR SALES COMPANY LLC, an Arizona limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00934-APG-VCF<br><br>**ORDER DISMISSING CASE**<br><br>(Dkt. #10, 11) |

Defendants filed a Motion to Dismiss and Compel Arbitration. (Dkt. ##10, 11.) Plaintiff does not oppose that motion. (Dkt. #22.)

IT IS THEREFORE ORDERED that the motion **(Dkt. ## 10, 11) is GRANTED**. This case is dismissed. The clerk of court shall enter judgment accordingly and close this case.

DATED this 11th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE